FILED

July 10, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003620473

Walter J. Sawicki, Esq., SBN 223541
**Law Offices of Walter J. Sawicki**
2430 Ocean View Ave., Suite 305
Los Angeles, CA 90057
Tel: (213) 674-7177
Fax: (213) 674-7168
walterjsawicki@msn.com

# United States District Court

## Eastern District of California

| | |
|---|---|
| In re: | USDC Case No. 2:11-CV-01403-JAM |
| Tre Holdings, LLC, | BK Case No. 11-20672-E-13L |
| | BAP Case No. EC-11-1241 |
| Debtor. | |
| Tre Holdings, LLC, | |
| Appellant, | **Attorney's Verified Notice of Termination of Attorney Representation for Appeal by Appellant** |
| v. | |
| Pro Value Properties, Inc., | |
| Appellee. | |

To the Honorable Court, the Clerk of the Court, and All Interested Parties:

1

I, Walter J. Sawicki, Esq., declare under penalty of perjury under the laws of the United States of America that the following statements are true:

1.      <u>Attorney Retained to File Appeal</u>: I am the attorney who filed the above-referenced appeal for the debtor, Tre Holdings, LLC, in the above-referenced bankruptcy case. The appeal went first to the Bankruptcy Appellant Panel, then appellee elected to have the appeal heard by the District Court, where it is now pending.

2.      <u>Attorney Retained by Debtor's Agent</u>: I was retained to file the appeal by the debtor's agent, Ron Hacker, on behalf of the debtor. Mr. Hacker agreed to pay my fees for this work. (Mr. Hacker had retained me for numerous legal matters on behalf of his real estate investment clients, not just the instant appeal.)

3.      <u>Attorney's Services Terminated</u>: In late May 2011, Mr. Hacker terminated my employment relationship on behalf of all his real estate investment clients, including the debtor, Tre Holdings, LLC. Mr. Hacker refused to pay any of my fees, including those for my work on the appeal.

2

4.     <u>Attorney Communicates Directly with Debtor</u>: I immediately spoke with Tremaine Fowlkes, the debtor's sole principal, and told him Mr. Hacker had terminated my services. I offered to continue representing the debtor for purposes of the appeal pursuant to a new fee agreement.

    I informed Mr. Fowlkes of the status of the appeal, including that it was currently pending in the District Court and that the latest actions that had been completed were for the appellant to file a notice of clerk's transcript, a statement of issues, and a notice regarding ordering of transcripts.

5.     <u>Mr. Fowlkes Does Not Respond to Any More of My Communications</u>: Mr. Fowlkes indicated during that conversation he might wish to have my firm continue representing the debtor for purposes of the appeal but that he would need to call me back. That was in early June 2011 and I have never heard from him since. I called Mr. Fowlkes numerous times during the week of June 13 – 17 and requested that he call me to discuss this matter. In my messages, I informed Mr. Fowlkes that unless I heard from him I would be filing notices with the bankruptcy court and with the district court stating that my representation had been terminated.

    I also informed Craig Cawlfield, Esq., attorney for the debtor in the proceedings below, that Mr. Fowlkes was not returning my calls, and Mr.

Notice of Termination of Attorney Representation for Appeal by Appellant

Cawlfield graciously offered, in the event he spoke with Mr. Fowlkes, to urge Mr. Fowlkes to contact me. As of the date of this notice, however, I still have not heard from Mr. Fowlkes.

6.    Notices Filed with Bankruptcy Court: I have filed with the bankruptcy court a separate notice similar to this one of termination of my services for purposes of the appeal, and requested by notice to the bankruptcy court clerk that the clerk stop preparation of the clerk's transcript for the appeal, and also notified the court reporting service about the order for transcripts (no work was commenced). Mr. Fowlkes' lack of communication leaves me at a loss.

Respectfully submitted,

Dated: July 10, 2011                    Law Offices of Walter J. Sawicki

By:    _____
Walter J. Sawicki

Notice of Termination of Attorney Representation for Appeal by Appellant

## **Proof of Service**

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 2430 Ocean View Avenue, Suite 305, Los Angeles, California 90057. On July 10, 2011, I served these documents:

### **Attorney's Verified Notice of Termination of Attorney Representation for Appeal by Appellant**

on the parties in this action by placing a copy in a sealed envelope addressed to:

| | |
|---|---|
| Tremaine Fowlkes<br>Tre Holdings, LLC<br>5541 McKay Street<br>Fair Oaks, CA 95628 | Craig Cawlfield, Esq.<br>11301 Olympic Blvd., Suite 519<br>Los Angeles, CA 90064 |
| Pro Value Properties, Inc.<br>c/o Barry Spitzer, Esq.<br>1007 7th Street, Suite 200<br>Sacramento, CA 95814 | |
| Trustee, Lawrence J. Loheit<br>P.O. Box 1858<br>Sacramento, CA 95812-1858 | Office of U.S. Trustee<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |

 X   <u>By Mail</u>: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. This practice is as follows: In the ordinary course of business, items to be mailed are collected and deposited with the U.S. postal service on that same day with postage fully prepaid at Los Angeles, California. The mentioned envelope was placed for collection and mailing on this date under this practice.

I declare under penalty of perjury under the laws of the United States that these statements are true. Executed this 10th day of July, 2011, at Los Angeles, California.

Walter J. Sawicki
Name

Signature

5