POSTED ON WEBSITE
NOT FOR PUBLICATION

FILED

SEP - 7 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>TRE HOLDINGS, LLC,<br><br>　　　　Debtor(s). | Case No. 11-20672-E-13 |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

MEMORANDUM OPINION AND DECISION
Order to Show Cause - Tremaine Fowlkes, Dkt. #51

　　The hearing on the Order to Show Cause issued by the court on April 29, 2011 (the hearing having been continued at the request of the parties in interest), concerning the conduct of Tremaine Fowlkes in the commencement of this Chapter 13 case was conducted on August 2, 2011. Mr. Fowlkes appeared at the hearing. Walter J. Sawicki, the attorney of record for the Debtor for the appeal pending before the District Court and the order to show cause filed against Tremaine Fowlkes, has filed notices with this court that he has withdrawn for such representation. No response to the Order to Show Cause was filed by Tremaine Fowlkes or any attorney purporting to represent him.

　　The Order to Show Cause was issued to allow Mr. Fowlkes to

address how TRE Holdings, LLC commenced a bankruptcy case in the Eastern District of California when it is registered with the California Secretary of State as having its location at 1880 Century Park East Ste 420, Los Angeles, California. The Petition lists TRE Holdings, LLC as having an address on McKay Street in Fair Oaks, California. Mr. Fowlkes executed the petition stating that this information is true and correct under penalty of perjury.

Mr. Fowlkes appeared at the hearing and orally represented that the address is his residence and that is now where TRE Holdings, LLC maintains its business. No evidence of TRE Holdings, LLC doing business at that address was provided, such as letterhead, utility bills, correspondence, licenses, or other indices of where this business was located. No information was provided as to how long Mr. Fowlkes had an interest in TRE Holdings, LLC.

After consideration of the evidence, the court concludes that this bankruptcy case was not only improperly filed in the Eastern District of California, but was done so deliberately. The attorney hired to represent TRE Holdings, LLC, Craig Cawlfield, is located in Los Angeles, California. No credible explanation was provided as to why a Sacramento area limited liability company would be hiring counsel in Los Angeles, California, to file a Chapter 13 case in the Eastern District of California. The other attorney who has been involved in the representation of TRE Holdings, LLC, Walter J. Sawicki, is also located in Los Angeles, California.

After commencing the bankruptcy case on January 10, 2011, by the filing of the bankruptcy petition, Mr. Fowlkes and TRE

Holdings, LLC's counsel did not file any other documents. The unfiled documents include: Attorney's Disclosure Statement, Chapter 13 Plan, Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J, Statement of Financial Affairs, Statistical Summary, and Summary of Schedules. The failure of Mr. Fowlkes and counsel to file these basic pleadings have left the court without evidence to determine that the statements of Mr. Fowlkes and counsel are credible and that any basis exists for this case being filed in the Eastern District of California.

There has been no evidence presented to the court to provide any ties of TRE Holdings, LLC to the Eastern District of California. The statements, which were not under penalty of perjury, by Mr. Fowlkes that the LLC is now based out of his house in Fair Oaks, California, are found to the court not to be credible.

The court finds that Tremaine Fowlkes, with the assistance of counsel, intentionally filed the bankruptcy case for TRE Holdings in the Eastern District of California. The court will not speculate as to what tactical or strategic advantage that Mr. Fowlkes, TRE Holdings, LLC, and counsel sought to obtain by intentionally filing in the improper district.

This is not the first time that TRE Holdings, LLC and Mr. Fowlkes have appeared in the Eastern District of California. In *TRE Holdings, LLC and Tremaine Fowlkes v. Oberg et al*, 05-2335, TRE Holdings asserted in the complaint that its principal place of business was Los Angeles, California. In the same complaint, Tremaine Fowlkes asserted that he was an individual who resided in

Los Angeles, California. Case No. 05-2335, Dckt. 1. TRE Holdings, LLC and Mr. Fowlkes counsel in that adversary proceeding was also located in Los Angeles, California.

Other than this one prior adversary proceeding, the court does not identify any repeated attempts to access the court or pattern of abusive conduct. Therefore, the court determines that no monetary sanctions pursuant to Fed. R. Bankr. P. 9011 are necessary to induce corrective conduct by Mr. Fowlkes. However, given his conduct in this case, it is appropriate for the court to order Mr. Fowlkes to provide a copy of this order to the clerk of the bankruptcy court, bankruptcy and district court judge, U.S. Trustee, and bankruptcy trustee for any bankruptcy cases commenced by Mr. Fowlkes for himself or any bankruptcy cases in which Mr. Fowlkes is a shareholder, member, general partner, or limited partner of the entity filing bankruptcy on or before January 1, 2013.

Dated: September 6, 2011

RONALD H. SARGIS, Judge
United States Bankruptcy Court

**CERTIFICATE OF MAILING**

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that the attached document(s) was served by mail to the following entities listed at the address(es) shown below:

Service List:

Craig Cawlfield
11301 Olympic Blvd #519
Los Angeles, CA 90064

Walter Sawicki
2430 Ocean View Ave #305
Los Angeles, CA 90057

Tremaine Fowlkes
TRE Holdings, LLC
5541 McKay St
Fair Oaks, CA 95628

David Cusick
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

DATE: 9/8/11

_____
Deputy Clerk